**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01469

LINDA NEWMAN,

    Plaintiff,

v.

LAKEWOOD CITY COMMONS, LP, a Foreign Limited Partnership;
CNA ENTERPRISES, INC., a Foreign Corporation;
and
DILLON COMPANIES, LLC, a Foreign Limited Liability Company
d/b/a KING SOOPERS #727,

    Defendants.

## DILLON COMPANIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant Dillon Companies, LLC d/b/a King Soopers (incorrectly identified in the Complaint and Caption as its parent company, The Kroger Co.), by and through undersigned counsel, and in compliance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4 regarding corporate disclosure, states as follows:

1.     The Kroger Co. is the sole Member of Dillon Companies, LLC.

2.     There are no publically traded corporations that own more than ten percent (10%) of The Kroger Co.'s stock.

Dated this 9th day of June 2023.

                      Respectfully submitted,

                      **WELLS, ANDERSON & RACE, LLC**

By:    *S/ Katherine M.L. Pratt*
        Katherine M.L. Pratt

Elizabeth A. Walker
1700 Broadway, Suite 900
Denver, CO 80290
Telephone: (303) 830-1212
Email:  kpratt@warllc.com
            ewalker@warllc.com

*Attorneys for Defendant Dillon Companies, LLC*

*Original Signature on File at the Offices of*
*Wells, Anderson & Race, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing **DILLON COMPANIES, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, and emailed to the following:

Geoffrey S. Gulinson
Geoffrey S. Gulinson & Associates, P.C.
4155 East Jewell Avenue, Ste 402
Denver, CO 80222
geoff@gsgcolorado.com

*Attorneys for Plaintiff*

Ryan L. Winter
David A. Belsheim
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, Colorado 80202
winterr@hallevans.com
belsheimd@hallevans.com

*Attorneys for Defendants Lakewood City Commons, LP and CNA Enterprises, Inc.*

*S/ Kathleen Porter*
Kathleen Porter

*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

3