IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-01469-REB-KAS

LINDA NEWMAN,

    Plaintiff,

v.

LAKEWOOD CITY COMMONS, LP, a Foreign Limited Partnership;
CNA ENTERPRISES, INC., a Foreign Corporation; and
DILLON COMPANIES, LLC, a Foreign Limited Liability Company
d/b/a KING SOOPERS #727,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the parties' **Stipulation for Dismissal With Prejudice** [#39],[1] filed November 7, 2023. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#39] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That the deadlines and hearings, including the combined Final Pretrial and Trial Preparation Conference set October 17, 2024, and the five day jury trial set to

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

commence November 4, 2024, are vacated; and

    4. That this case is closed.

Dated November 13, 2023, at Denver, Colorado.

                                                        **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge